# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SMITH, ARTURO AMAYA, and BARBARA GEHRKE<br><br>Plaintiffs,<br><br>v.<br><br>SPARK ENERGY GAS, LLC; SPARK ENERGY GAS, L.P.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-02326-JSW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION PERMITTING PLAINTIFFS TO FILE A SUR REPLY AND DEFENDANT TO FILE A RESPONSE RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION** AND CONTINUING HEARING<br>Hearing Date:   December 4, 2015<br>Hearing Time:   9:00 a.m.<br>Courtroom:       5, Second Floor<br><br>FAC Filed:        July 24, 2015 |

The Court, having read and considered the Stipulation of the parties permitting Plaintiffs to file a Sur Reply to Defendant's Reply in Support of its Motion to Dismiss Claims of Plaintiffs Smith and Amaya and Compel Arbitration of Plaintiff Gehrke's Claims (Dkt. 50) and Defendant to file a Response, and for good cause appearing;

**IT IS ORDERED** that: Plaintiffs may file the proposed Sur Reply attached as Exhibit "A" to the Stipulation and Defendant may file a Response to Plaintiffs' Sur Reply no later than December 1, 2015.

The Court sua sponte continues the hearing on the motion from December 4, 2015 to January 8, 2016 at 9:00 a.m.

Dated: <u>November 30</u>, 2015                         _____
                                                                              Hon. Jeffrey S. White
                                                                              United States District Judge

~~[PROPOSED]~~ **ORDER GRANTING STIPULATION**