UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AMAYA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SPARK ENERGY GAS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-02326-JSW<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 48 |

　　Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to dismiss, which has been noticed for hearing on Friday, January 8, 2016 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the January 8, 2016 hearing in this case. The pending motion will be taken under submission and decided on the papers.

　　**IT IS SO ORDERED.**

Dated: January 5, 2016

_____
JEFFREY S. WHITE
United States District Judge