**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@majfw.com
Sara Avila, State Bar No. 263213
savila@majfw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone:    (310) 396-9600
Fax:             (310) 396-9635

Attorneys for Plaintiffs,
Gabino and Manuela Ortiz, *et al.,* and the Proposed Class
Additional Counsel on Signature Page

**BAKER HOSTETLER, LLP**
Michelle Pector
mpector@bakerlaw.com
Joshua C. Thomas
jthomas@bakerlaw.com
811 Main Street
Suite 1100
Houston, TX 77002-6111
Telephone: (713) 646-1326
Facsimile: (713) 751-1717

Counsel for Defendants,
Spark Energy Gas, LLC; Spark Energy Gas, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABINO AND MANUELA ORTIZ, ARTURO AMAYA, and BARBARA GEHRKE<br><br>Plaintiffs,<br><br>v.<br><br>SPARK ENERGY GAS, LLC; SPARK ENERGY GAS, L.P.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-02326-JSW<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    June 3, 2016<br>Time:   11:00 a.m.<br>Judge:  Hon. Jeffrey S. White |

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the Court's September 11, 2015 Order (D.E. 43), Rule 26(f) of the Federal Rules of Civil Procedure and Civil Local Rule 16-9, Plaintiffs Gabino and Manuela Ortiz, Arturo Amaya, and Barbara Gehrke ("Plaintiffs") and Defendants Spark Energy Gas, LLC and Spark Energy Gas, L.P. ("Defendants") submit the following Joint Statement for purposes of the Further Case Management Conference scheduled for June 3, 2016 at 11:00 a.m.

**1.    Settlement**

The Parties have reached a full and final settlement of the Plaintiffs' individual claims. They are close to finalizing and executing the settlement agreement and expect to do so over the next several business days.  Once the settlement agreement is finalized Plaintiffs will file a Joint Stipulation of Dismissal With Prejudice, voluntarily dismissing this action under Fed. R Civ. P. Rule 41 within two days of all parties executing the Settlement Agreement.

Plaintiffs will release their own claims with prejudice and, because no motion for class certification has been filed and there is no certified class, the action will be dismissed without prejudice as to the unnamed class members.

**2.    Request to Vacate the June 3, 2016**

Accordingly, the Parties are concurrently filing a Joint Notification of Settlement and Stipulation to vacate all dates. Plaintiffs respectfully request that the Court vacate the June 3, 2016 Status Conference and all other pretrial deadlines and hearing dates in this action.

Dated: May 27, 2016

By:  /s/ Gillian L. Wade
Gillian L. Wade
Sara D. Avila
Milstein Adelman Jackson
Fairchild & Wade, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Email: gwade@majfw.com
            savila@majfw.com

William H. Audet
Theodore H. Chase
Audet & Partners LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776

1
**JOINT CASE MANAGEMENT STATEMENT**

Email: waudet@audetlaw.com
tchase@audetlaw.com

Charles J. LaDuca
Beatrice Yakubu
Cuneo Gilbert & LaDuca, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD  20814
Telephone:  (202) 789-3960
Email: charles@cuneolaw.com
byakubu@cuneolaw.com

*Counsel for Plaintiffs*

Dated: May 27, 2016                By:  /s/ *Joshua C. Thomas*
Michelle Pector
Joshua C. Thomas
Baker Hostetler, LLP
mpector@bakerlaw.com
jthomas@bakerlaw.com
811 Main Street
Suite 1100
Houston, TX 77002-6111
Telephone: (713) 646-1326
Facsimile: (713) 751-1717
(*motion for pro hac vice admission to be filed*)

Michael Matthias
Baker Hostetler, LLP
mmatthias@bakerlaw.com
11601 Wilshire Boulevard
Los Angeles, CA 90025-0509
Telephone: (310) 442-8802
Facsimile: (310) 820-8859

Paul Karlsgodt
Baker Hostetler, LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
Telephone: (303) 764-4013
Facimile: (303) 861-7805
(*motion for pro hac vice admission to be filed*)

*Counsel for Defendant*