UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AMAYA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPARK ENERGY GAS, LLC, et al., <br><br> Defendants. | Case No.  15-cv-02326-JSW <br><br> **ORDER GRANTING IN PART STIPULATED REQUEST REGARDING CASE SCHEDULE** <br><br> Re: Dkt. No. 81 |

The Court GRANTS IN PART the parties' "Joint Notification of Settlement and Stipulation to Vacate June 3, 3016 Status Conference and All Other Future Hearings," as follows.

The further case management conference currently scheduled for June 3, 2016 is hereby continued to July 1, 2016 at 11:00 a.m.  A joint supplemental case management statement is due June 24, 2016.  If the case is dismissed prior to these dates, they shall be vacated automatically.

The Court hereby vacates all other pending pretrial deadlines and hearing dates in this action.

In any future filings, the parties shall take note that the case number for this action is now 4:15-cv-02326-JSW, not 3:15-cv-02326-JSW.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
JEFFREY S. WHITE
United States District Judge