UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABINO AND MANUELA ORTIZ, ARTURO AMAYA, and BARBARA GEHRKE<br><br>Plaintiffs,<br><br>v.<br><br>SPARK ENERGY GAS, LLC; SPARK ENERGY GAS, L.P.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:15-cv-02326-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE JULY 1, 2016 STATUS CONFERENCE**<br>AS MODIFIED |

Based on the parties' Case Management Statement and Joint Motion to Vacate July 1, 2016 Status Conference (ECF No. 83), and for good cause shown, the Court hereby VACATES the Status Conference set for July 1, 2016.  If this action has not been dismissed by July 15, 2016, the parties shall file a further status report on or before July 15, 2016.

**IT IS SO ORDERED.**

Dated: _June 27_____, 2016

_____
Hon. Jeffrey S. White
United States District Judge